**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | CIVIL ACTION NOS. |
|---|---|---|
| | : | |
| ORGAN | : | 02-1537 |
| BISHOP | : | 02-1541 |
| MAYO | : | 02-1544 |
| PARISI | : | 02-1556 |
| WAFER | : | 02-1586 |
| WILLIAMS | : | 02-1609 |
| SALGADO | : | 02-1652 |
| BOSTON | : | 02-1965 |
| FORCIER | : | 02-1972 |
| PERKINS | : | 02-1973 |
| READ | : | 02-2314 |
| WILLIAMS | : | 02-2334 |
| BADRIGIAN | : | 02-2380 |
| GAINES | : | 02-2455 |
| WALCK | : | 02-2467 |
| SCARDINA | : | 02-2476 |
| MARCHIN | : | 02-2529 |
| BOWERY | : | 02-2531 |
| BEEZLEY | : | 02-3047 |
| FOSTER | : | 02-3064 |
| AVILA | : | 02-3069 |
| SLEDGE | : | 02-3075 |
| SMITH | : | 02-3114 |
| HARGROVE | : | 02-3134 |
| BENDER | : | 02-3237 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ] - Order staying these proceedings pending disposition of a related action.

[ ] - Order staying these proceedings pending determination of arbitration proceedings.

[ ] - Interlocutory appeal filed.

[ X ] - Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota..

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

**Bruce W. Kauffman, Judge**